IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Doug Lorenzen, Pamela Bishop,  :
Phillip J. Stober, and Concerned  :
Citizens of Lebanon County  :
                                                    :
                                                    :
                        v.                         :  No. 851 C.D. 2018
                                                    :
West Cornwall Township Zoning  :
Hearing Board and Sunoco Pipeline, L.P. :
                                                    :
Appeal of: Doug Lorenzen, Pamela  :
Bishop, Phillip J. Stober, and Concerned  :
Citizens of Lebanon County  :

## **O R D E R**

NOW, December 6, 2019, having considered Appellee Sunoco Pipeline

L.P.'s application for reargument, and Appellants' answer in response thereto, the

application is denied.

MARY HANNAH LEAVITT,
President Judge